JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO ORTIZ, JR., | Case No. CV 16-01754-PSG (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| RONALD RACKLEY, et al, | |
| Respondent. | |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction; Referring the Petition to the Ninth Circuit Court of Appeals Pursuant to Ninth Circuit Rule 22-3(a); and Denying a Certificate of Appealability filed herein,

/ / /
/ / /
/ / /
/ / /
/ / /

1	IT IS HEREBY ADJUDGED that this action is summarily dismissed without
2	prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the
3	United States District Courts and that this action is referred to the Ninth Circuit Court
4	of Appeals, pursuant to Rule 22-3(a).

6	DATED:	March 28, 2016

	_____
	PHILLIP S. GUTIERREZ
	UNITED STATES DISTRICT JUDGE